UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

CASE NUMBER: 14-14020-EPK
CHAPTER 7

**Barbara Nina Davis**
  Debtor,
_____/

### MOTION FOR RELIEF FROM AUTOMATIC STAY
*(REAL PROPERTY)*

ANY INTERESTED PARTY WHO FAILS TO FILE AND SERVE A WRITTEN RESPONSE TO THIS MOTION WITHIN **14** DAYS AFTER THE DATE OF SERVICE STATED IN THIS MOTION SHALL, PURSUANT TO LOCAL RULE 4001-1(C), BE DEEMED TO HAVE CONSENTED TO THE ENTRY OF AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.

Bank of America, N.A. ("**Movant**") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor(s) having an address of 8871 Eagle Ave, Hobe Sound, FL 33455 (the "**Property**"). The facts and circumstances supporting this Motion are set forth in the (i) Affidavit in Support of Motion for Relief from Automatic Stay attached hereto as Exhibit "**A**" (the "**Affidavit**") and (ii) Indebtedness Worksheet attached hereto as Exhibit "**B**" (the "**Indebtedness Worksheet**"). In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed with respect to the Debtor(s) on 2/21/2014.

2. Upon information and belief, the Property has not been claimed exempt by the Debtor(s). Upon information and belief, the Property has not been abandoned by the trustee.

3. The Debtor has executed and delivered or are otherwise obligated with respect to that certain promissory note, dated 9/21/2007, in the original principal amount of $80,000.00 (the

"**Note**").  A true and correct copy of the Note is attached hereto as Exhibit "**C**".  Movant is an entity entitled to enforce the Note.

4. Pursuant to that certain Mortgage, dated 9/21/2007 (the "**Mortgage**"), all obligations (collectively, the "**Obligations**") of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the Property.  A true and correct copy of the Mortgage is attached hereto as Exhibit "**D**."

5. The legal description of the Property is:

> **LOT 13, BLOCK A, EASTRIDGE ESTATES PHASE TWO, ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT IN AND FOR MARTIN COUNTY, FLORIDA IN PLAT BOOK 7, PAGE 87, PUBLIC RECORDS.**

6. The post-petition payment address is:  Bank of America, N.A., P.O. Box 660933, Dallas, TX 75266-0933, Attn: Bankruptcy Department.

7. The total prepetition indebtedness of the Debtor, as more fully detailed and reflected on the Indebtedness Worksheet, is $140,995.13.

8. The total outstanding amount of the Obligations as of 2/28/2014 is $142,022.15.

9. The estimated market value of the Property is $115,150.00.  The basis for such valuation is the Martin County Property Appraiser, a true and correct copy of which is attached hereto as Exhibit "**E**."

10. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $125,000.00.

11. Cause exists for relief from the automatic stay for the following reasons:

    (a) Movant's interest in the Property is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion. The fair market value of the

Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

(b) Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor(s) have no equity in the Property.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. For such other relief as the Court deems proper.

                                                                              ELIZABETH R. WELLBORN, P.A.
Attorney for Secured Creditor
350 Jim Moran Blvd. Suite 100
Deerfield Beach, Florida 33442
Tel: (954) 354-3544
Fax: (954) 354-3545
Email: mzaki@erwlaw.com

By: /s/ Mariam Zaki
Mariam Zaki, Esquire
Florida Bar Number 0018367

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system on this 12th day of March, 2014.  I also certify that the foregoing was served on this day by either United States Mail or Electronic Mail to the parties on the attached service list.

**Barbara Nina Davis**
8871 SE Eagle Ave
Hobe Sound, FL  33455

**John J Anastasio, Esq**
3601 SE Ocean Blvd #203
Stuart, FL  34996

**Robert C Furr**
2255 Glades Road Ste 337W
Boca Raton, FL  33431

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL  33130

                                                         ELIZABETH R. WELLBORN, P.A.
Attorney for Secured Creditor
350 Jim Moran Blvd. Suite 100
Deerfield Beach, Florida 33442
Tel: (954) 354-3544
Fax: (954) 354-3545
Email: mzaki@erwlaw.com

By: /s/ Mariam Zaki
Mariam Zaki, Esquire
Florida Bar Number 0018367