

ORDERED in the Southern District of Florida on April 18, 2014.

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:

                                      CASE NUMBER:  14-14020-EPK
                                      CHAPTER 7

**Barbara Nina Davis**
  Debtor,
_____/

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

This Case came before the Court on the hearing on 4/17/2014 for Motion for Relief from Stay (Docket No. 13) filed by Bank of America, N.A. ("Secured Creditor"). Based on the record and the Court being otherwise fully advised on the matter, it is,

**ORDERED:**

1.      The Motion for Relief from Automatic Stay is GRANTED.

2.      The Automatic Stay imposed by 11 U.S.C. § 362 is terminated as to the Secured Creditor's interest in the following property located at 8871 Eagle Ave, Hobe Sound, FL 33455:

LOT 13, BLOCK A, EASTRIDGE ESTATES PHASE TWO, ACCORDING TO THE PLAT THEREOF AS RECORDED IN THE OFFICE OF THE CLERK OF THE CIRCUIT COURT IN AND FOR MARTIN COUNTY, FLORIDA IN PLAT BOOK 7, PAGE 87, PUBLIC RECORDS.

3. The Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to obtain an *in rem* judgment against the property described above. Secured Creditor shall not seek an *in personam* judgment against Debtors.

###

**Submitted by:**
Mariam Zaki, Esquire
Attorney for Secured Creditor
350 Jim Moran Blvd., Suite 100
Deerfield Beach, Florida 33442
Tel: (954) 354-3544
Fax: (954) 354-3545
Email: mzaki@erwlaw.com

*Mariam Zaki, Esquire is directed to serve copies of this order on the parties listed below and to file the certificate of service of order.*

**Copies furnished to:**

**Barbara Nina Davis**
8871 SE Eagle Ave
Hobe Sound, FL  33455

**John J Anastasio, Esq**
3601 SE Ocean Blvd #203
Stuart, FL  34996

**Robert C Furr**
2255 Glades Road Ste 337W
Boca Raton, FL  33431

**Office of the US Trustee**
51 S.W. 1st Ave.
Suite 1204
Miami, FL  33130